# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

```
***************************************
                                       *
Garland Enterprises, Inc.              *
                    Plaintiff,         *
      v.                               *   Civil Action No. 05-cv-00320-JD
                                       *
American Biophysics Corporation,       *
                    Defendant.         *
                                       *
***************************************
                                       *
American Biophysics Corporation,       *
         Counterclaim-Plaintiff,       *
      v.                               *
                                       *
Garland Enterprises, Inc. and          *
Akhil D. Garland,                      *
         Counterclaim-Defendants.      *
                                       *
***************************************
```

ORDER

The Joint Motion for Extension of Time is hereby **GRANTED**.

The due date for opening expert reports is extended to **May 15, 2006**, and the due date for rebuttal expert reports is extended to **July 17, 2006**. The due date for supplementation of expert reports remains unchanged.

**IT IS SO ORDERED:**

April 24, 2006                          /s/Joseph A. DiClerico, Jr.
**Date**                                **United States District Judge**